# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Trinity J. Wicka,  Civ. No. 21-206 (MJD/BRT)

Petitioner,

v.  **ORDER**

United States of America,

Respondent.

---

**IT IS HEREBY ORDERED** that:

1.      Respondent is directed to file an answer to the petition for a writ of habeas corpus of petitioner Trinity J. Wicka within **30 days** of this order certifying the true cause and proper duration of Wicka's confinement and showing cause why the writ should not be granted in this case.

2.      Respondent's answer should include:

   a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Wicka's incarceration, in light of the issues raised in the petition;

   b.      A reasoned memorandum of law and fact fully stating respondent's legal position on Wicka's claims; and

   c.      Respondent's recommendation on whether an evidentiary hearing should be conducted in this matter.

3.      If Wicka intends to file a reply to respondent's answer, he must do so within **30 days** of the date when the answer is filed.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.      Wicka's application to proceed *in forma pauperis* (Doc. No. 2) is

**GRANTED**.

Dated: February 2, 2021                    *s/ Becky R. Thorson*
                                           BECKY R. THORSON
                                           United States Magistrate Judge