UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Trinity James Wicka,

    Petitioner,

v.                                        ORDER
                                           Civil No. 21-206 (MJD/BRT)

United States of America,

    Respondent.

---

This matter is before the Court on the Order and Report and Recommendation by United States Magistrate Judge Becky R. Thorson dated June 1, 2021. [Doc. No. 19] Petitioner has filed an objection to the recommendation that this Court deny his petition with prejudice.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that Petitioner's Emergency Motion for Relief Pursuant to 28 U.S.C. 2241 [Doc. No. 1] is **DENIED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  August 5, 2021

                                             s/Michael J. Davis
                                             Michael J. Davis
                                             United States District Court